UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DAMIAN R. JOSEFSBERG, individually
and on behalf of all others similarly situated,

  Plaintiff,
v.             CASE NO.1:22-CV-23961-DPG

UBER TECHNOLOGIES, INC.
and CHECKR, INC.,

  Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Robert Day of the law firm of Montgomery McCracken Walker & Rhoads LLP whose office is located at 1735 Market Street, 21st Floor, Philadelphia, Pennsylvania 19103, for purposes of appearance as co-counsel on behalf of Defendant Checkr, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Robert Day to receive electronic filings in this case.

  1. Robert Day is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the state of New Jersey, the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Western District of Pennsylvania, the U.S. District Court for the District of New

1

Jersey, the U.S. Courts of Appeals for the Second, Third, and Fifth Circuits, and the Supreme Court of the United States.

2. Movant, Kendall H. Ryant, Esq., of the law firm of Shutts & Bowen LLP, 525 Okeechobee Boulevard, Suite 1100, West Palm Beach, Florida 33401, Telephone 561-835-8500, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Robert Day has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Robert Day, through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert Day at the email address: rday@mmwr.com.

WHEREFORE, Kendall H. Ryant, moves this Court to enter an Order for Robert Day, to appear before this Court on behalf of Defendant Checkr Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert Day.

Dated: May 16, 2023

Respectfully submitted,

*/s/ Kendall H. Ryant*
**Matthew R. Chait**
Florida Bar No. 17657
Email Address: mchait@shutts.com
**Kendall H. Ryant**
Florida Bar No. 1031873
Email Address: kryant@shutts.com
**SHUTTS & BOWEN LLP**
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

**ATTORNEYS FOR DEFENDANT CHECKR, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By:  */s/ Kendall H. Ryant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DAMIAN R. JOSEFSBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,
v.                                             CASE NO.1:22-CV-23961-DPG

UBER TECHNOLOGIES, INC.
and CHECKR, INC.,

    Defendants.
_____/

**CERTIFICATION OF ROBERT DAY**

    Robert Day, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the state of New Jersey, the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Western District of Pennsylvania, the U.S. District Court for the District of New Jersey, the U.S. Courts of Appeals for the Second, Third, and Fifth Circuits, and the Supreme Court of the United States; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                       */s/  Robert Day*