UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  22-23961-DPG

DAMIAN R. JOSEFSBERG, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., and
CHECKR, INC.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah J. Cohen of the law firm of Hogan Lovells US LLP, without waiver but rather with an express reservation of any and all defenses available to Defendant UBER TECHNOLOGIES, INC. ("Uber"), appears as counsel for Uber and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Respectfully submitted,

    HOGAN LOVELLS US LLP
    600 Brickell Avenue
    Suite 2700
    Miami, Florida  33131
    Telephone:     (305) 459-6500
    Facsimile:      (305) 459-6550

    By: */s/ Sarah J. Cohen*
        Sarah J. Cohen
        Fla. Bar No. 1010683
        sarah.cohen@hoganlovells.com

    *Counsel for Uber Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Sarah J. Cohen*